NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHERYL TAYLOR,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3037

---

Petition for review of the Merit Systems Protection Board in No. AT1221120255-W-1.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Sheryl Taylor moves for various relief, including a review of case law regarding appointment of counsel and answers to legal questions regarding the scope of Ms. Taylor's appeal. Ms. Taylor also moves for sanctions to order the MSPB to release federal funds and appoint or assign counsel to her.

SHERYL TAYLOR V. MSPB                                                        2

Briefing is already complete in this appeal. Ms. Taylor has had the opportunity to raise any appealable issues in those briefs, and the merits panel will address them in turn.

We have also at least twice previously ruled on Ms. Taylor's motion asking for appointment of counsel, informing her that this court does not have a procedure for appointing or assigning counsel to pro se litigants. That holds equally true now in the context of Ms. Taylor's request for sanctions.

Accordingly,

IT IS ORDERED THAT:

(1) The motion regarding the scope of Ms. Taylor's appeal is deferred for consideration by the merits panel. Copies shall be transmitted to the merits panel.

(2) The motions requesting sanctions to release federal funds and appoint counsel are denied.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s24